UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
APR 24 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.   INDICTMENT NO. 6:25-CR-35-REW
     18 U.S.C. § 2250(a)

WILLIE BRANSOM PIGG   * * * * *

**THE GRAND JURY CHARGES:**

From December 2024, the exact day unknown, and continuing through on or about March 27, 2025, in Pulaski County, in the Eastern District of Kentucky, and elsewhere,

**WILLIE BRANSOM PIGG,**

a person required to register under the Sex Offender Registration Notification Act, traveled in interstate commerce and did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, all in violation of 18 U.S.C. § 2250(a).

A TRUE BILL

███████████████

FOREPERSON

*[signature]*
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## **PENALTIES**

Not more than 10 years imprisonment, a $250,000 fine, and not less than 5 years up to life of supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.